No. 73–1972. CANNON, WARDEN, ET AL. *v.* THOMAS ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wolff* v. *McDonnell,* 418 U. S. 539 (1974).

No. 73–6255. TERRELL *v.* UNITED STATES. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings, including re-entry of its judgment affirming petitioner's conviction and consideration of appointment of counsel for petitioner in connection with seeking review in this Court of the judgment of the Court of Appeals. *Schreiner* v. *United States,* 404 U. S. 67 (1971).

No. 73–6349. ANALLA *v.* UNITED STATES. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his brief for the United States filed July 26, 1974, judgment vacated and case remanded for further consideration in light of the position presently asserted by the Government.

No. A–151. DOE *v.* MUNDY, DIRECTOR, INSTITUTIONS AND DEPARTMENTS OF MILWAUKEE COUNTY, ET AL. D. C. E. D. Wis. Application for stay presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.